NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAURA LEE BURKE, a/k/a MAURA
LEE WAHLBERG, individually and
as Trustee of the Grever-Burke
Trust,

        Appellant,

v.                                                          Case No. 2D18-2931

ROY GREVER, as Personal
Representative of the ESTATE OF
NOREEN GREVER,

        Appellee.

Opinion filed May 29, 2019.

Appeal from the Circuit Court for
Manatee County; Deno G. Economou,
Judge.

Rachel M. Baird, Harwinton,
Connecticut; and Robert K. Robinson
of Kirk-Pinkerton, P.A., Sarasota, for
Appellant.

Andrea M. Johnson of Law Office of
Andrea M. Johnson, P.A., Bradenton,
for Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.